DAVID D. JAYNE et al., Appellants, *v.* EZRA C. JAYNE, Impleaded, etc., Respondent.

(Submitted October 25, 1881; decided November 29, 1881.)

*J. A. Christie* for appellants.

*C. H. Everts* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

JACOB FARRINGTON, Respondent, *v.* CYNTHIA A. BUNDY et al., Appellants

(Argued November 22, 1881 ; decided November 29, 1881.)

*L. L. Bundy* for appellants.

*E. Countryman* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.